# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2495
Lower Tribunal No. 2021-DR-002878-0

_____

KHURRAM SHEIK,

Appellant,

v.

MANIJEH A. SHEIK,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Erin Pogue Newell, Shannon McLin, and Earle Peterson, of Florida Appeals, Orlando, for Appellant.

Nicholas A. Shannin, Carol B. Shannin, and Dayna Maeder, of the Shannin Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED